# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv17

| | |
|---|---|
| TRANSWORLD SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CAROL FOGELGREN PRESNELL. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motions for Admission *Pro Hac Vice* (Docket Entries ##4, 5, & 6). Prior to the court reaching such motions, plaintiff filed its Notice of Voluntary Dismissal, which automatically terminated this action and mooted such motions. Further, no motion for refund was filed under Local Civil Rule 3.1 (E)(2) prior to or contemporaneous with the filing of the Voluntary Dismissal. In an abundance of caution, the court inquired of the Clerk of this court as to whether such application fees could be administratively returned to plaintiff and was informed that such was not allowed as such were not received in error. Having considered plaintiff's pending motions and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motions for Admission *Pro Hac Vice* (Docket Entries ##4, 5, & 6) are **DENIED** as moot.

Signed: January 21, 2010

Dennis L. Howell
United States Magistrate Judge